AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**DEC -5 2019**

ARTHUR JOHNSTON
BY_____ DEPUTY

CHENY GHISTAIN KUTI )
)
)
)
_____ )
*Petitioner* )
)
v. )   Case No. 5: 19cv/35 DCB-MTP
)   *(Supplied by Clerk of Court)*
DHS/ICE(ADAMS COUNTY CORRECTIONAL )
CENTER) )
)
)
_____ )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name:   CHENY GHISTAIN KUTI
    (b) Other names you have used:   N/A

2.  Place of confinement:
    (a) Name of institution:   ADAMS COUNTY CORRECTIONAL CENTER(DHS/ICE)
    (b) Address:   20 Hobo Fork Rd, Natchez, MS 39120

    (c) Your identification number:   A#215-671-209

3.  Are you currently being held on orders by:
    ☑ Federal authorities        ☐ State authorities        ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
          (a) Name and location of court that sentenced you:

          (b) Docket number of criminal case:
          (c) Date of sentencing:
    ☑ Being held on an immigration charge
    ☐ Other *(explain):*

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

_____

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  ADAMS COUNTY CORRECTIONAL CENTER (DHS/ICE)

(b) Docket number, case number, or opinion number:    A#215-671-209

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
I AM CHALLENGING MY PROLONG DETENTION IN ICE CUSTODY WITHOUT BEING GRANTED A BOND HEARING OR BEING CONSIDERED FOR AN ALTERNATIVE TO DETENTION FOR 2 YEARS. THANKS

(d) Date of the decision or action:   N/A

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes                    ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:  N/A

(2) Date of filing:  N/A

(3) Docket number, case number, or opinion number:   N/A

(4) Result:   N/A

(5) Date of result:  N/A

(6) Issues raised:   N/A

I am respectfully challenging the decision of the U.S. DHS/ICE to detain me without bond. I believe i deserve the right to be heard by an immigration judge as to the legality or the necessity of my continued detention. Thanks

(b) If you answered "No," explain why you did not appeal:   There is no decision to appeal since i have never been granted a bond hearing. so no decision even, favorable or unfavorable.

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                    ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:  N/A

    (2) Date of filing:  N/A

    (3) Docket number, case number, or opinion number:  N/A

    (4) Result:  N/A

    (5) Date of result:  N/A

    (6) Issues raised:  N/A

(b) If you answered "No," explain why you did not file a second appeal:  NO DECISION TO APPEAL

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:  N/A

    (2) Date of filing:  N/A

    (3) Docket number, case number, or opinion number:  N/A

    (4) Result:  N/A

    (5) Date of result:  N/A

    (6) Issues raised:  N/A

(b) If you answered "No," explain why you did not file a third appeal:  SAME AS ABOVE

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: N/A

(2) Case number: N/A

(3) Date of filing: N/A

(4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes             ☑ No

If "Yes," provide:

(1) Name of court: N/A

(2) Case number: N/A

(3) Date of filing: N/A

(4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes             ☐ No

If "Yes," provide:

(a)  Date you were taken into immigration custody: _____

(b)  Date of the removal or reinstatement order: _____

(c)  Did you file an appeal with the Board of Immigration Appeals?

☑ Yes             ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: 01/22/2019

(2) Case number: A#215-671-209

(3) Result: N/A

(4) Date of result: N/A

(5) Issues raised: N/A

N/A

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: 5th circuit court

(2) Date of filing: in the process of appealing to the 5th circuit court

(3) Case number: N/A

(4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: N/A

(b) Name of the authority, agency, or court: N/A

(c) Date of filing: N/A

(d) Docket number, case number, or opinion number: N/A

(e) Result: N/A

(f) Date of result: N/A

(g) Issues raised: N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I have been held in immigration detention for 2 years now without a bond hearing of any sort. I strongly believe that this his unconstitutional and that I deserve a bond hearing at which I can argue why I should be released.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
no one should be held indefinitely without being given an opportunity to challenge their prolonged detention.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND TWO:** I have a sponsor that is willing and ready to help me with housing and feeding and also with a lawyer. I am not a flight risk and should not be held at taxpayer's expense given that there's an alternative to my detention. there really is no reason for my prolonged detention. thanks

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes        ☑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____
_____
_____

## Request for Relief

15. State exactly what you want the court to do: I respectfully request that this honorable court order a BOND HEARINC or in the alternative ask the DHS/ICE to release me on my own recognizance. thanks

_____
_____

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
10/6/2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    10/6/2019

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*