**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**CHENY GHISTAIN KUTI**                                             **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO.  5:19-cv-135-DCB-MTP**

**DHS/ICE ADAMS COUNTY**
**CORRECTIONAL CENTER**                                             **RESPONDENT**

### ORDER TO SHOW CAUSE

Petitioner, an immigration detainee at Adams County Correctional Center, brings this pro se request for habeas corpus relief pursuant to 28 U.S.C. § 2241.  On December 6, 2019, the Court entered an Order [ECF No. 2] directing Petitioner to file a completed *in forma pauperis* application or pay the required $5.00 filing fee, on or before January 6, 2020.  Petitioner has not complied with this Order. Accordingly, it is,

ORDERED:

(1)  That on or before February 4, 2020, Petitioner shall file a written response showing cause why this case should not be dismissed for his failure to comply with a Court Order;

(2)  That on or before February 4, 2020, Petitioner shall comply with the previous Order by filing a completed application to proceed *in forma pauperis* or by paying the $5.00 filing fee;

(3)  That failure to advise this Court of a change of address or failure to timely comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by the Petitioner and will result in this cause being dismissed without further notice to the Petitioner.

THIS, the 21st day of January, 2020.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE